**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**WESTERN DIVISION**

**OXFORD EXPOSITIONS, LLC,**
**DR. EDWIN E. MEEK, and**
**JENNIFER ROBINSON**                                                      **PLAINTIFFS**

**vs.**                                                            **CIVIL ACTION NO. 3:10cv00095-MPM-DAS**

**QUESTEX MEDIA GROUP, LLC,**
**QMG WINDDOWN, INC.,**
**OPI WINDDOWN, INC., and**
**OCI WINDDOWN, INC.**                                                     **DEFENDANTS**

## ORDER

THIS MATTER is before the Court on Defendants' *ore tenus* motion for a fourteen (14) day extension of time, up to and including October 22, 2010, to file their response to Plaintiffs' Complaint. The Court, having considered the *ore tenus* motion, being advised that Plaintiffs have no objection to this request, and being otherwise fully advised in the premises, is of the opinion that the motion is well-taken and should be granted.

ACCORDINGLY, it is HEREBY ORDERED that Defendants' *ore tenus* motion for extension of time to file their response to Plaintiffs' Complaint is GRANTED. Defendants shall file their response to Plaintiffs' Complaint on or before **October 22, 2010**.

THIS the 7th day of October, 2010.

                                                            /s/David A. Sanders
                                                            UNITED STATES MAGISTRATE JUDGE

ORDER SUBMITTED BY:

s/ Joseph Anthony Sclafani
Joseph Anthony Sclafani, Esq. (MSB No. 99670)
Brunini, Grantham, Grower & Hewes, PLLC
The Pinnacle Building, Suite 100
190 East Capitol Street
Post Office Drawer 119 (39205)
Jackson, Mississippi 39201
Telephone:  (601) 948-3101
Facsimile:  (601) 960-6902
jsclafani@brunini.com
***Counsel for Defendant Questex Media Group LLC***